# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No.: 21-cr-30029 |
| JOHN BILECK, JR, | |
| Defendant. | |

## MOTION TO CONTINUE

Defendant, JOHN BILECK, JR., by his attorney Howard W. Feldman of FeldmanWasser, for his Motion to Continue, states as follows:

1. This case is currently scheduled for Final Pretrial Conference on July 16, 2021, and for Jury Trial on August 3, 2021.

2. Counsel for Defendant received extensive discovery responses and is still reviewing the documents and digital items produced.

3. Once the undersigned counsel's review is complete, he will need time to meet with the Defendant to discuss his review of the discovery.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **3**

4.  The undersigned counsel is scheduled for a two-week federal criminal trial in the United States District Court for the Central District of Illinois, *U.S. v. Sheffler, et al.* Docket No. 19-cr-30067, which begins on August 2, 2021.

4.  Assistant United States Attorney Matthew Weir has stated to the undersigned counsel that the Government has no objection to the requested continuance.

WHEREFORE, Defendant respectfully asks this Court to continue the final pretrial conference and jury trial dates for 90-days.

                              JOHN BILECK, JR., Defendant


                        BY:   _/s/Howard W. Feldman_____
                              Howard W. Feldman, 0788066
                              FeldmanWasser
                              1307 South Seventh Street
                              Springfield, IL 62703
                              217-544-3403
                              hfeldman@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **3**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| August Appleton | appletonlawillinois@gmail.com |
| D Peter Wise | peter@gwspc.com |
| Matthew Z Weir | matthew.weir@usdoj.gov, |
| Sara M Vig | sara@vig-law.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      Not Applicable

                         /s/ Howard W. Feldman
                         Howard W. Feldman #0788066
                         Attorney for Defendant
                         FeldmanWasser
                         1307 S. 7th Street, P.O. Box 2418
                         Springfield, IL 62705
                         Telephone: (217) 544-3403
                         Fax: (217) 544-1593
                         E-mail: hfeldman@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705

217/544-3403

Page **3** of **3**